OPINION — AG — BOTH LEGISLATIVE AND NON LEGISLATIVE MEMBERS OF A SPECIAL COMMITTEE TO STUDY THE OKLAHOMA CRIMINAL JUSTICE SYSTEM AND THE SPECIAL COMMITTEE TO STUDY LAND RECORDS SYSTEMS ARE, PURSUANT TO THE PROVISIONS OF SENATE JOINT RESOLUTION NO. 41, ARE ENTITLED TO RECEIVE IN LIEU OF MEALS AND LODGING TWENTY FIVE DOLLARS PER DAY FOR ATTENDANCE AT MEETINGS OF THE RESPECTIVE COMMITTEES PLUS MILEAGE AS PROVIDED IN THE STATE TRAVEL REIMBURSEMENT ACT. CITE: (PER DEIM) (GERALD E. WEIS)